IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>vs.<br><br>16.086 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN BARNSTABLE COUNTY,<br>COMMONWEALTH OF MASSACHUSETTS,<br>AND EDWIN ALFRED THOMPSON, ET AL.,<br>                    Defendants | DECLARATION<br>OF<br>TAKING<br><br><br>CIVIL NO. _____ |

TO THE HONORABLE,
THE UNITED STATES DISTRICT COURT:

    I, Fred W. Kuhn, Deputy Assistant Secretary of the Air Force (Installations), do hereby declare that:

    1. The land hereinafter described is taken under and in accordance with the authority set forth in Schedule "A" annexed hereto and made a part hereof.

    2. The public uses for which said land is taken are also set forth in said Schedule "A".

    3. A general description of the tract of land being taken, the estimated just compensation therefor, and the estate taken for said public use are set forth in Schedule "B" annexed hereto and made a part hereof.

    4. A plan showing the land taken is annexed hereto as Schedule "C" and made a part hereof.

    5. The gross sum estimated by me as just compensation for all of said land, which aggregates 16.086 acres, with all buildings and improvements thereon and all

appurtenances thereto and including any and all interests hereby taken in said land, is SEVENTY-EIGHT THOUSAND DOLLARS ($78,000.00), which sum I cause to be deposited herewith in the registry of the court for the use and benefit of the persons entitled thereto. I am of the opinion that the ultimate award for said land probably will be within any limits prescribed by law on the price to be paid therefor.

IN WITNESS WHEREOF, the United States of America, by its Secretary of the Air Force, thereunto authorized, has caused this declaration to be signed in its name by said Fred W. Kuhn, Deputy Assistant Secretary of the Air Force (Installations), this 14th day of September, A.D., 2004, in the County of Arlington, Commonwealth of Virginia.

/s/ Fred W. Kuhn
Fred W. Kuhn
Deputy Assistant Secretary of the Air Force
(Installations)

SCHEDULE "A"

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the land is under and in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. 3114), and acts supplementary to and amendatory thereof, and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257) and the Act of Congress approved August 20, 1958 (72 Stat. 662, 10 U.S.C. 2672), as amended, which act authorizes the acquisition of land in the interest of national defense, and the Act of Congress approved September 30, 2003 (Public Law 108-87), which act appropriated funds for such purposes.

**PUBLIC USES:**

The public uses for which said land is taken are as follows: the said land is necessary to support military aircraft operations and for other uses incident thereto. The said land has been selected by me for acquisition by the United States for use in connection with military operations at Otis Air National Guard Base, Massachusetts and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

TRACT NO. A-189E

**DESCRIPTION:**

A certain parcel of land situated in the Town of Mashpee, County of Barnstable, Commonwealth of Massachusetts, bounded and described as follows:

Beginning at a point, said beginning point being S 27° 43' 45" E two hundred nineteen and ninety-five hundredths (219.95) feet from a concrete bound at the Southwesterly corner of land now or formerly of Pearl B. Fulcher, said concrete bound also being at the Northwesterly corner of land now or formerly of Oak Hollow Condominium; thence running

N 70° 37' 29" E by land now or formerly of said Oak Hollow Condominium eighty-seven and twenty-one hundredths (87.21) feet to a point; thence turning and running

S 53° 16' 26" E on land now or formerly of William W. and Venice Spraggs one thousand five hundred twenty-one and twenty-three hundredths (1,521.23) feet to a point; thence turning and running

S 36° 43' 34" W still on land now or formerly of said William W. and Venice Spraggs eight hundred twenty-two and fifty-five hundredths (822.55) feet to a point on the Easterly sideline of land now or formerly of the Town of Mashpee; thence turning and running

N 27° 44' 00" W by land now or formerly of said Town of Mashpee, and by two separate parcels of land now or formerly of the United States of America one thousand six hundred two and eighty-nine hundredths (1,602.89) feet to a point; thence turning and running

N 27° 43' 45" W by land now or formerly of the United States of America one hundred thirty-seven and no hundredths (137.00) feet to the point of beginning.

Containing an area of sixteen and eighty-six thousandths (16.086) acres, more or less.

SCHEDULE "B"

TRACT NO. A-189E

**ESTIMATED COMPENSATION** deposited in the registry of the
Court for the above-described property:                                    $78,000.00

**ESTATE TAKEN**:

    A perpetual and assignable easement and right-of-way on the above described property, including but not limited to installing, constructing, operating, repairing, replacing, maintaining, and/or removing structures, facilities, and/or other items in, through, across, over, and/or on the above described property, together with the right to erect and maintain fencing in, through and across the above described property; also together with the right of ingress to and egress from and passage on, in, and over said land for the purpose of effecting and maintaining illumination and fencing for the property and Otis Air National Guard Base; provided that no natural or man-made object that obstructs the purpose of effecting and maintaining such illumination shall be constructed, maintained, installed, erected, or allowed to grow on the above described property except as may be approved in writing by the representative of the United States in charge of the Otis Air National Guard Base; and together with a continuing right to remove, demolish, trim, cut, fell and/or otherwise keep clear from the above described property all or part of any obstructions (including but not limited to buildings, structures, improvements of any kind, trees, underbrush, vegetation, or other objects) that, in the opinion of the representative of the United States, interfere with or pose a hazard to any of the structures, facilities, fencing and/or other items on the above described property, or access thereto, except those approved in writing as aforesaid; reserving unto the landowner, his heirs, successors and assigns, such use, rights and privileges in said land as may be exercised and enjoyed without interference with or abridgement of the rights hereby taken; subject, however, to existing easements for public roads and highways, public utilities, railroads, and pipelines.

SCHEDULE "B"

**NAMES AND ADDRESSES OF PURPORTED OWNERS:**

TRACT NO. A-189E

Edwin Alfred Thompson
154 Tonawanda Drive, S.E.
Atlanta, GA 30315-8430

Heirs of Nedric Stanley Thompson, Jr.
Addresses Unknown

Heirs of Venice T. Spraggs
Addresses Unknown

Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133

County of Barnstable
Barnstable County Clerk
Superior Court House
Barnstable, MA 02630

Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649

Owners Unknown
Addresses Unknown