**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

04 - 12587 JLT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| vs. | ) | |
| | ) | TRACT NO. A-189-E |
| 16.086 ACRES OF LAND, MORE OR | ) | |
| LESS, SITUATE IN BARNSTABLE | ) | |
| COUNTY, COMMONWEALTH OF | ) | |
| MASSACHUSETTS, AND EDWIN | ) | |
| ALFRED THOMPSON, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ORDER FOR**
**DELIVERY OF POSSESSION**

The plaintiff, the United States of America, by and through the undersigned

counsel, moves this Honorable Court for an order vesting in plaintiff the right to

immediate possession of the property condemned herein, and requiring all defendants to

this action and any and all persons in possession or control of the property, as described in

the Declaration of Taking filed herein, to surrender possession of the said property to the

extent of the estate condemned, to the plaintiff forthwith. This Court should grant this

Motion for the below-stated reasons:

1. Title to the property condemned herein immediately vested in the United States

upon the filing of the Declaration of Taking in this action and the deposit of estimated

just compensation into the registry of the Court. Thereafter, the United States is entitled

to possession.

2. The plaintiff has found and determined that it is necessary and advantageous to the interest of the United States of America to acquire  possession of the property condemned.  Such land is required for the proper administration, protection and development of the Otis National Guard Base, Mashpee, Massachusetts, for military operations.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   _____
Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. (617) 748-3266
Fax. (617) 748-3971