UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>16.086 ACRES OF LAND, MORE OR )<br>LESS, SITUATE IN BARNSTABLE )<br>COUNTY, COMMONWEALTH OF )<br>MASSACHUSETTS, AND EDWIN )<br>ALFRED THOMPSON, ET AL. )<br>)<br>Defendants. )<br>_____ ) | CASE NO.<br><br>04 - 12587 JLT<br>TRACT NO. A-189-E |

### NOTICE OF CONDEMNATION

**TO ALL DEFENDANT LANDOWNERS** listed in Schedule "B" attached and made a part hereof, and all others whom it may concern:

The authority for the taking of the land is in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 3114), acts supplementary thereto and amendatory thereof; and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257) ; and the Act of Congress dated August 20, 1958 (72 Stat. 772, 10 U.S.C. 2672), as amended, which act authorizes the acquisition of land in the interest of national defense, and the Act of Congress Approved September 20, 2003 (Public Law 108-87), which act appropriated funds for such purposes has been filed in the above-captioned case, in the above-named Court, to condemn and to take fee simple title in the property described in attached Schedule "B", for the uses

described therein. A plot depicting the property which is the subject of this proposed taking is attached as Schedule "B". The statement of estimated joint compensation for said property is attached as Schedule "A".

A defendant may serve an answer upon the undersigned plaintiff's attorney, Anita Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, within 20 days after service of this notice (or within the time prescribed by the Waiver of Service of Summons or summons, if applicable). Your answer should identify the property in which you claim to have an interest, state the nature and extent of the interest claimed, and state all your objections and defenses to the taking of the property. Failure to serve an answer within this time shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation, and shall constitute a waiver of all defenses and objections not so presented.

If you have no objection or defense to the taking, you may serve on the plaintiff's attorney a <u>Notice of Appearance</u> designating the property in which you claim an interest. You shall, thereafter, be furnished notice of all proceedings affecting said property.

At the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of the compensation to be paid for the property in which you have an interest, and you may

share in the distribution of the award of compensation according to the interest in the property which you possess.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____*Anita Johnson*_____
Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. (617) 748-3266
Fax. (617) 748-3971

SCHEDULE "B"

**NAMES AND ADDRESSES OF PURPORTED OWNERS:**

<u>TRACT NO. A-189E</u>

Edwin Alfred Thompson
154 Tonawanda Drive, S.E.
Atlanta, GA 30315-8430

Heirs of Nedric Stanley Thompson, Jr.
Addresses Unknown

Heirs of Venice T. Spraggs
Addresses Unknown

Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133

County of Barnstable
Barnstable County Clerk
Superior Court House
Barnstable, MA 02630

Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649

Owners Unknown
Addresses Unknown