UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>16.086 ACRES OF LAND, MORE OR LESS, SITUATE IN BARNSTABLE COUNTY, COMMONWEALTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, ET AL.<br><br>　　　　　　　　　Defendants. | CASE NO. 04-12587-JLT<br><br>TRACT NO. A-189-E |

## UNITED STATES' RULE 67 MOTION

The United States requests that the attached check for $78,000 be deposited in the general Court bank account, until such time as the Court determines which defendant(s) or others are entitled to the proceeds of the condemnation of the land described in the caption and in the Declaration of Taking of Fred W. Kuhn, Deputy Assistant Secretary of the Air Force, attached to the Complaint in this action and filed on December 10, 2004.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANITA JOHNSON
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Suite 7200, Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　　One Courthouse Way
　　　　　　　　　　　　　　　　　Boston, Mass. 02210
DATED: December 15, 2004　　　　(617)748-3266

## Certificate of Service

I certify that the foregoing was served upon Edwin Alfred Thompson, by first class mail, postage prepaid, on this fifteenth day of December, 2004.

_____