UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE No. 04-12587 JLT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| 16.086 ACRES OF LAND, MORE OR LESS, SITUATED IN BARNSTABLE COUNTY, COMMONWEATLTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, ETAL., | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

Now comes Robert S. Troy and respectfully enters his appearance on behalf of the Defendant, Barnstable County, with regard to the above-captioned action. Barnstable County states that it has an interest in all of the land described in the Complaint in Condemnation and specifically reserves its right to seek compensation regarding the same.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

Respectfully submitted,

_____
Robert S. Troy
BBO#503160
Robert S. Troy & Associates
90 Route 6A
Sandwich, MA  02563
(508) 888-5700

DATED: January 5, 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

## CERTIFICATE OF SERVICE

I, Robert S. Troy, do hereby certify that this day I served a true copy of the within Notice of Appearance by mailing same, first class mail, postage prepaid to:

Anita Johnson, Esquire
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210

_____
Robert S. Troy

Dated: January 5, 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

p:\docs\bar\usa - bar county eminent domain\certificate of service.doc