UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>16.086 ACRES OF LAND, MORE OR LESS, SITUATE IN BARNSTABLE COUNTY, COMMONWEALTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, ET AL.,<br><br>Defendants. | CASE NO. 04-12587 JLT<br>TRACT NO. A-189-E<br><br>NOTICE OF APPEARANCE OF DEFENDANT, PARTY-IN-INTEREST, TOWN OF MASHPEE |

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance on the docket on behalf of the Defendant/Party-in-Interest, Town of Mashpee.

                                          Respectfully submitted,

                                          TOWN OF MASHPEE
                                          By its attorney,

                                          /s/Patrick J. Costello
                                          _____
                                          Patrick J. Costello (BBO # 543761)
                                          MERRICK, LOUISON & COSTELLO
                                          67 Batterymarch Street
                                          Boston, MA 02110
                                          (617)439-0305

Dated: January 11, 2005

## CERTIFICATE OF SERVICE

I, Patrick J. Costello, hereby certify that on the below date, I served a copy of the foregoing Notice of Appearance of Defendant, Party-in-Interest, Town of Mashpee, by electronic filing and first class mail, postage prepaid, to the following party of record: Anita Johnson, Esq., U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Joyce M. Mason, Town Manager, Town of Mashpee, 16 Great Neck Road North, Mashpee, MA 02649, Edwin Alfred Thompson, 154 Tonawanda Drive, S.E. Atlanta, GA 30315-8430, Commonwealth of Massachusetts, Office of the Secretary of the Commonwealth, State House, Room 337, Boston, MA 02133, and County of Barnstable, Barnstable County Clerk, Superior Court House, Barnstable, MA 02630.

/s/Patrick J. Costello
_____
Patrick J. Costello

Dated: January 11, 2005