**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 04CV12587-JLT |
| DEFENDANT | TYPE OF PROCESS |
| 16.086 Acres of Land, more or less, situated in Barnstable County, Comm. of Mass., et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Secretary of the Commonwealth of Massachusetts
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
337 State House - Boston, MA  02133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 12/17/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 12/17/04

I hereby certify and return that I [ ] have personally served, [✓] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kitti Chandler (Secretary)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Ashburton Place Boston MA 17th floor

Date of Service: 12/20/04   Time: 01:25 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $1.83 | — | $46.83 | — | | |

REMARKS: 12/20/04 [handwritten notes, largely illegible] ... at State House ... end at McCormick ... eventually served at Ashburton 20th floor ... 10:5 18 floor

**1. CLERK OF THE COURT**

PRIOR EDITIONS [MAY] BE USED

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

United States of America

v.

16.086 Acres of Land, more or less, situate in Barnstable County, Commonwealth of Massachusetts, and Edwin Alfred Thompson, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-12587 JLT

TO: (Name and address of defendant)

Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



DEC 10 2004
DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.