| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 04CV12587-JLT |
| DEFENDANT | TYPE OF PROCESS |
| 16.086 Acres of Land, more or less situated in Barnstable County, Commonwealth of Mass., et al. | Summons & Complaint, etc. |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Town Clerk - Town of Mashpee

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 16 Great Neck Road North, Mashpee, MA 02649

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3282   DATE: 12/17/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/7/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Deborah Dami (Town Clerk)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/20/04   Time: 10:45  am

Signature of U.S. Marshal or Deputy

| Service Fee 45. | Total Mileage Charges (including endeavors) 1.30 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

United States of America

V.

16.086 Acres of Land, more or less, situate in Barnstable County, Commonwealth of Massachusetts, and Edwin Alfred Thompson, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Town Clerk
Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE DEC 10 2004

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.