U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 04CV12587 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 16.086 Acres of Land, more or less, situate in Barnstable County, Comm. of Mass., et al | SUMMONS & COMPLAINT, ETC. |

FILED CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Edwin Alfred Thompson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 154 Tonawanda Drive, S.E., Atlanta, GA  30315-8430

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA  02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 17 P 2:32

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold

| Signature of Attorney or other Originator requesting service on behalf of: *Anita Johnson AUSA* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3282 | DATE 12/17/04 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 19 | *Nancy Incana* | 12/17/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Edwin A. Thompson | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| 75 Spring Street (Suite 1669) Atlanta, GA 30303 | 1/28/05 | 1:55 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $180.00 | 30.22 | $8.00 | $218.22 | | | |

REMARKS: Forward to Northern District of GA 12/17/04 nf

(1st) ETS  No one answered door  (2nd) ETS  No one answered door
12/30/04  (3rd) ETS  No one answered door  1/3/05  12/24/04 Endeavor was made at the above
1400pm  1/20/05  11:45am  13:00  11:45am address, No one was home.
                                              Total mileage ~13.8  left business card.

PRIOR EDITIONS
MAY BE USED                   1. CLERK OF THE COURT                   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __Massachusetts__

United States of America

**V.**

16.086 Acres of Land, more or less, situate in
Barnstable County, Commonwealth of
Massachusetts, and Edwin Alfred Thompson, et
al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 - 12587 JLT

TO: (Name and address of defendant)

Edwin Alfred Thompson

154 Tonawanda Drive, S.E.

Atlanta, GA 30315-8430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson

U.S. Attorney's Office

One Courthouse Way, Suite 9200

Boston, MA 02210

an answer to the complaint which is herewith served upon you, within_____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.

(TONY) ANASTAS

_____
CLERK

_____
(BY) DEPUTY CLERK

O 2004

This form was electronically produced by Elite Federal Forms, Inc.