AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

UNITED STATES OF AMERICA

V.

16.086 ACRES OF LAND, MORE OR LESS,
SITUATE IN BARNSTABLE COUNTY,
COMMONWEALTH OF MASSACHUSETS, and
EDWIN ALFRED THOMPSON, et al.

CASE NUMBER: 04-12587-JLT

TO: (Name and address of defendant)

MIGNON F. THOMPSON
7115 BIGWOODS DRIVE AT HUNTGATE ROAD
WOODSTOCK, GA  30188

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANITA JOHNSON, ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY - SUITE 9200
BOSTON, MA  02210

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

MAR 18 2005

DATE

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4/1/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Janice Zaniboni | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) **by certified mail, return receipt requested. See green card attached.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/14/05
             Date

Signature of Server

U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Address of Server
Boston, MA  02210

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

USA v. 16.086 Acres of Land
U.S. District Court C.A. #04-12587-JLT



Mignon F. Thompson
7115 Bigwoods Dr. @ Huntgate Rd.
Woodstock, GA   30188