AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA

V.

CASE NUMBER: 04-12587-JLT

16.086 ACRES OF LAND, MORE OR LESS,
SITUATE IN BARNSTABLE COUNTY,
COMMONWEALTH OF MASSACHUSETS, and
EDWIN ALFRED THOMPSON, et al.

TO: (Name and address of defendant)

TONII C. T. DEAN

5967 FOREST ISLE DRIVE

APT. 361

NEW ORLEANS, LA 70125

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANITA JOHNSON, ASSISTANT U.S. ATTORNEY

U.S. ATTORNEY'S OFFICE

1 COURTHOUSE WAY - SUITE 9200

BOSTON, MA  02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

MAR 18 2005

DATE

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/4/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Janice Zaniboni | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)* by certified mail, return receipt requested. See green card attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/14/05
             Date

*Signature of Server* [signature: Janice Zaniboni]
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
*Address of Server*
Boston, MA   02210

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

USA v. 16.086 Acres of Land
U.S. District Court C.A. #04-12587-JLT



Tonii C. T. Dean
5967 Forest Isle Dr. - Apt. 361
New Orleans, LA 70125