UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>16.086 ACRES OF LAND, MORE OR LESS, SITUATE IN BARNSTABLE COUNTY, COMMONWEALTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, MIGNON F. THOMPSON, AND TONII C.T. DEAN,<br><br>   Defendants. | CASE NO. 04-12587<br><br>TRACT NO. A-189-E |

## NOTICE OF AMENDED COMPLAINT

Notice is hereby given that, pursuant to Rule 71A(f), the United States has filed on this day an Amended Complaint for Condemnation. The Amendment adds two Defendants, Mignon F. Thompson and Tonii C.T. Dean, nieces of Defendant Edwin Alfred Thompson, and additional heirs of the real property identified in the caption.

Mignon F. Thompson was served with the Notice of Condemnation in this action on April 1, 2005. See Return of Service on Mignon F. Thompson filed in this Court on April 14, 2005. Tonii C.T. Dean was served with the Notice of Condemnation in this action on April 4, 2005. See Return of Service on Tonii C.T. Dean, also filed with this Court on April 14, 2005.

Pursuant to Rule 71A(f), the Notice is being served on said additional Defendants by certified mail, on this date, and is being served by first class mail, postage prepaid, on Edwin Alfred Thompson and all individuals who have entered an appearance in the action.

                                               Respectfully submitted,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

                           By:       /s/ Anita Johnson
                                               ANITA JOHNSON
                                               Assistant U.S. Attorney
                                               U. S. Attorney's Office
                                               John Joseph Moakley
                                               United States Courthouse
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA  02210
                                               (617)748-3266

Of Counsel:

Julie A. D'Espositio
Assistant District Counsel
U.S. Army Corps of Engineers
696 Virginia Road
Concord, MA 01742

                                         Certificate of Service

      I hereby certify that I have served the foregoing upon Defendants Mignon F. Thompson, 7115 Bigwoods Drive at Huntgate Road, Woodstock GA 30188 and Tonii C.T. Dean, 5967 Forest Isle Drive, Apt. 361, New Orleans, LA 70125, by certified mail, and that I have served the foregoing upon Edwin Alfred Thompson, 154 Tonawanda Drive, S.E., Atlanta, Georgia 30315, counsel for Barnstable County, Robert S. Troy, 90 Route 6A, Sandwich, MA 02563, and counsel for the Town of Mashpee, Patrick J. Costello, 67 Batterymarch St., Boston, MA 02110, by first class mail, postage prepaid, on this 15th day of June, 2005.

                                               /s/ Anita Johnson