UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  04-12587-JLT |
| | ) | |
| vs. | ) | |
| | ) | TRACT NO. A-189-E |
| 16.086 ACRES OF LAND, MORE OR LESS, SITUATED IN BARNSTABLE COUNTY, COMMONWEALTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, MIGNON F. THOMPSON, AND TONII C.T. DEAN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATION OF PUBLICATION

I, Anita Johnson, hereby certify that a Notice of Condemnation in this action was served by publication pursuant to Rule 71A(d)(3)(ii) of the Federal Rules of Civil Procedure.  Notice of Condemnation was published in the Cape Cod Times on September 30, 2005, October 7, 2005, and October 14, 2005.  Attached hereto is a printed copy of the notice with the name and dates of the newspaper marked thereon.

I swear under the pains and penalties of perjury that the foregoing statements are true and correct to the best of my knowledge.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

                          By:   /s/Anita Johnson
                                          Anita Johnson
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          Tel. No. (617) 748-3266
                                          Fax No. (617) 748-3971

Of Counsel:
Julie A. D'Espositio
Assistant District Counsel
U.S. Army Corps of Engineers
696 Virginia Road
Concord, MA 01742

Dated:   April 26, 2006

<u>Certificate of Service</u>

     I hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be mailed first class mail to the non-registered participants: Defendants Edwin Alfred Thompson, 154 Tonawanda Drive, S.E., Atlanta, Georgia 30315; Mignon F. Thompson, 7115 Bigwoods Drive at Huntgate Road, Woodstock GA 30188; and Tonii C.T. Dean, 5967 Forest Isle Drive, Apt. 361, New Orleans, LA 70125; and upon counsel for Barnstable County, Robert S. Troy, 90 Route 6A, Sandwich, MA 02563, and counsel for the Town of Mashpee, Patrick J. Costello, 67 Batterymarch Street, Boston, MA 02110, on this 26th day of April, 2006.

                                            /s/Anita Johnson



# CAPE COD TIMES
## PROOF OF PUBLICATION

Date: 9/30/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES OF AMERICA,
Plaintiff,   CASE NO. 04-12587JLT
vs.   TRACT NO. A-189-E
16.086 ACRES OF LAND, MORE OR
LESS, SITUATE IN BARNSTABLE
COUNTY, COMMONWEALTH OF
MASSACHUSETTS, AND EDWIN
ALFRED THOMPSON, ET AL.
Defendants.

NOTICE OF CONDEMNATION

TO ALL DEFENDANT LANDOWNERS listed in Schedule "B" attached and made a part hereof, and all others whom it may concern:

The authority for the taking of the land is in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 3114), acts supplementary thereto and amendatory thereof; and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257); and the Act of Congress dated August 20, 1958 (72 Stat. 772, 10 U.S.C. 2672), as amended, which act authorizes the acquisition of land in the interest of national defense, and the Act of Congress Approved September 20, 2003 (Public Law 108-87), which act appropriated funds for such purposes has been filed in the above-captioned case, in the above-named Court, to condemn and to take fee simple title in the property described in attached Schedule "B", for the uses described therein. A plot depicting the property which is the subject of this proposed taking is attached as Schedule "B". The statement of estimated joint compensation for said property is attached as Schedule "A".

A defendant may serve an answer upon the undersigned plaintiff's attorney, Anita Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02110, within 20 days after service of this notice (or within the time prescribed by the Waiver of Service of Summons or summons, if applicable). Your answer should identify the property in which you claim to have an interest, state the nature and extent of the interest claimed, and state all your objections and defenses to the taking of the property. Failure to serve an answer within this time shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation, and shall constitute a waiver of all defenses and objections not so presented.

If you have no objection or defense to the taking, you may serve on the plaintiff's attorney a Notice of Appearance designating the property in which you claim an interest. You shall, thereafter, be furnished notice of all proceedings affecting said property.

At the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of the compensation to be paid for the property in which you have an interest, and you may share in the distribution of the award of compensation according to the interest in the property which you possess.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
By: Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. 617-748-3266
Fax. 617-748-3971

SCHEDULE "B"
NAMES AND ADDRESSES OF PURPORTED OWNERS:
TRACT NO. A-189E

Edwin Alfred Thompson
154 Tonawanda Drive, S.E.
Atlanta, GA 30315-8430
Heirs of Nedric Stanley Thompson, Jr.
Addresses Unknown
Heirs of Venice T. Spraggs
Addresses Unknown
Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133
County of Barnstable
Barnstable County Clerk
Superior Court House
Barnstable, MA 02630
Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649
Owners Unknown
Addresses Unknown
9/30,10/7,10/14/05

# CAPE COD TIMES
## PROOF OF PUBLICATION

Date: 10/7/05

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES OF AMERICA,
  Plaintiff,          CASE NO. 04-12587JLT
  vs.                 TRACT NO. A-189-E
16.086 ACRES OF LAND, MORE OR
LESS, SITUATE IN BARNSTABLE
COUNTY, COMMONWEALTH OF
MASSACHUSETTS, AND EDWIN
ALFRED THOMPSON, ET AL.
  Defendants.

**NOTICE OF CONDEMNATION**

TO ALL DEFENDANT LANDOWNERS listed in Schedule "B" attached and made a part hereof, and all others whom it may concern:

The authority for the taking of the land is in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 3114), acts supplementary thereto and amendatory thereof; and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257); and the Act of Congress dated August 20, 1958 (72 Stat. 772, 10 U.S.C. 2672), as amended, which act authorizes the acquisition of land in the interest of national defense, and the Act of Congress Approved September 20, 2003 (Public Law 108-87), which act appropriated funds for such purposes has been filed in the above-captioned case, in the above-named Court, to condemn and to take fee simple title in the property described in attached Schedule "B", for the uses described therein. A plot depicting the property which is the subject of this proposed taking is attached as Schedule "B". The statement of estimated joint compensation for said property is attached as Schedule "A".

A defendant may serve an answer upon the undersigned plaintiff's attorney, Anita Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02110, within 20 days after service of this notice (or within the time prescribed by the Waiver of Service of Summons or summons, if applicable). Your answer should identify the property in which you claim to have an interest, state the nature and extent of the interest claimed, and state all your objections and defenses to the taking of the property. Failure to serve an answer within this time shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation, and shall constitute a waiver of all defenses and objections not so presented.

If you have no objection or defense to the taking, you may serve on the plaintiff's attorney a Notice of Appearance designating the property in which you claim an interest. You shall, thereafter, be furnished notice of all proceedings affecting said property.

At the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of the compensation to be paid for the property in which you have an interest, and you may share in the distribution of the award of compensation according to the interest in the property which you possess.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
By: Anita Johnson
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. 617-748-3266
Fax. 617-748-3971

**SCHEDULE "B"**
NAMES AND ADDRESSES OF PURPORTED OWNERS:
TRACT NO. A-189E

Edwin Alfred Thompson
154 Tonawanda Drive, S.E.
Atlanta, GA 30315-8430
  Heirs of Nedric Stanley Thompson, Jr.
Addresses Unknown
  Heirs of Venice T. Spraggs
Addresses Unknown
  Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133
  County of Barnstable
Barnstable County Clerk
Superior Court House
Barnstable, MA 02630
  Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649
  Owners Unknown
Addresses Unknown
30,10/7,10/14/05

# CAPE COD TIMES
## PROOF OF PUBLICATION

Date: 10/14/05

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES OF AMERICA,
　　　　Plaintiff,　　CASE NO. 04-12587JLT
　　vs.　　　　　　　TRACT NO. A-189-E
16.086 ACRES OF LAND, MORE OR
LESS, SITUATE IN BARNSTABLE
COUNTY, COMMONWEALTH OF
MASSACHUSETTS, AND EDWIN
ALFRED THOMPSON, ET AL.
　　　　Defendants.
NOTICE OF CONDEMNATION
TO ALL DEFENDANT LANDOWNERS listed in Schedule "B" attached and made a part hereof, and all others whom it may concern:

The authority for the taking of the land is in accordance with the Act of Congress approved February 26, 1931 (46 Stat. 1421, 40 U.S.C. § 3114), acts supplementary thereto and amendatory thereof; and under the further authority of the Act of Congress approved August 1, 1888 (25 Stat. 357, 40 U.S.C. 257); and the Act of Congress dated August 20, 1958 (72 Stat. 772, 10 U.S.C. 2672), as amended, which act authorizes the acquisition of land in the interest of national defense, and the Act of Congress Approved September 20, 2003 (Public Law 108-87), which act appropriated funds for such purposes has been filed in the above-captioned case, in the above-named Court, to condemn and to take fee simple title in the property described in attached Schedule "B", for the uses described therein. A plot depicting the property which is the subject of this proposed taking is attached as Schedule "B". The statement of estimated joint compensation for said property is attached as Schedule "A".

A defendant may serve an answer upon the undersigned plaintiff's attorney, Anita Johnson, Assistant U.S. Attorney, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02110, within 20 days after service of this notice (or within the time prescribed by the Waiver of Service of Summons or summons, if applicable). Your answer should identify the property in which you claim to have an interest, state the nature and extent of the interest claimed, and state all your objections and defenses to the taking of the property. Failure to serve an answer within this time shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation, and shall constitute a waiver of all defenses and objections not so presented.

If you have no objection or defense to the taking, you may serve on the plaintiff's attorney a Notice of Appearance designating the property in which you claim an interest. You shall, thereafter, be furnished notice of all proceedings affecting said property.

At the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of the compensation to be paid for the property in which you have an interest, and you may share in the distribution of the award of compensation according to the interest in the property which you possess.

　　　　Respectfully submitted,
　　　　MICHAEL J. SULLIVAN
　　　　UNITED STATES ATTORNEY
　　By: Anita Johnson
　　　　Assistant U.S. Attorney
　　　　U.S. Attorney's Office
　　　　1 Courthouse Way, Suite 9200
　　　　Boston, MA 02210
　　　　Tel. 617-748-3266
　　　　Fax. 617-748-3971
　　　　SCHEDULE "B"
NAMES AND ADDRESSES OF PURPORTED OWNERS:
　　　　TRACT NO. A-189E
Edwin Alfred Thompson
154 Tonawanda Drive, S.E.
Atlanta, GA 30315-8430
　Heirs of Nedric Stanley Thompson, Jr.
Addresses Unknown
　Heirs of Venice T. Spraggs
Addresses Unknown
　Commonwealth of Massachusetts
Office of the Secretary of the Commonwealth
State House, Room 337
Boston, MA 02133
　County of Barnstable
Barnstable County Clerk
Superior Court House
Barnstable, MA 02630
　Town of Mashpee
16 Great Neck Road North
Mashpee, MA 02649
　Owners Unknown
Addresses Unknown
9/30,10/7,10/14/05

