UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>16.086 ACRES OF LAND, MORE OR LESS, SITUATE IN BARNSTABLE COUNTY, COMMONWEALTH OF MASSACHUSETTS, AND EDWIN ALFRED THOMPSON, MIGNON F. THOMPSON, AND TONII C.T. DEAN,<br><br>    Defendants. | CIVIL NO. 04-2587-JLT<br><br>TOWN OF MASHPEE TRACT NO. A-189-E |

## ORDER OF JUDGMENT AND DISTRIBUTION

A Complaint in Condemnation and Declaration of Taking having been filed in this action, this Court having granted the United States' Motion for Possession of the easement on the property named in this case, and, with the consent of the Court, the United States having deposited $78,000 into the registry of the Court, and an Amended Complaint for condemnation having been filed, and the Defendants having been personally served, and service having been effected by publication, and the Clerk, County of Barnstable, the Town Clerk, Town of Mashpee, the Office of the Secretary of the Commonwealth of Massachusetts having been personally served, and no Answer or other objection having been filed, it is ADJUDGED AND ORDERED as follows:

1. The amount of $78,000, inclusive of interest, is just compensation payable by the United States for the easement for the support of military aircraft operations, including lighting for aircraft take-offs and landings, and for other uses incident thereto at Otis Air National Guard Base, Mashpee, and for such other uses as may be authorized by Congress or by Executive Order, on Parcel A-189-E, which consists of a portion of 16.086 acres of the land at 94 Ashumet Road, Mashpee, Massachusetts, particularly described in Schedule B, attached to the Declaration of Taking by Fred W. Kuhn, Deputy Assistant Secretary of the Air Force, filed in this Court, and shown in a plan attached as Schedule C to said Declaration.

2. The Clerk of the Court shall forthwith draw and deliver a check to each of the owners of the property, Edwin Alfred Thompson in the amount of $39,000, Tonii C.T. Dean in the amount of $19,500, and Mignon F. Thompson in the amount of $19,500. No other individuals or entities have an ownership interest in the land that is the subject of this action.

3. Said checks shall be in full and just compensation and satisfaction of any and all claims of whatsoever nature against the United States by reason of the taking of said easement on Parcel 189-E, and said easement is fully vested in the United States.

4. Upon completion of the foregoing, the Clerk of the Court shall certify that said compensation was distributed, -- or, if distribution was unable to be accomplished, despite every effort, the undistributed amount has been refunded to the United States -- and shall forward said certification to the United States Attorney's Office, and shall

thereupon, close this case upon the docket of the Court. If any monies remain unclaimed for a period of five years, the Clerk of the Court shall deposit such monies in the Treasury of the United States, as provided by 28 U.S.C. § 2042.

On this 14th day of August 2006.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
United States District Court Judge