UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>16.086 ACRES OF LAND, MORE OR )<br>LESS, SITUATE IN BARNSTABLE )<br>COUNTY, COMMONWEALTH OF )<br>MASSACHUSETTS, AND EDWIN )<br>ALFRED THOMPSON, MIGNON F. )<br>THOMPSON, AND TONII C.T. DEAN, )<br>)<br>Defendants. )<br>_____) | CIVIL NO. 04-12587-JLT<br><br>TOWN OF MASHPEE TRACT NO.<br>A-189-E |

## SUPPLEMENTAL ORDER AS TO INTEREST

It is hereby ordered that the Clerk, United States District Court, distribute the interest accrued on the $78,000 deposited with the Court by the government to the individuals with an ownership interest in the parcel of land that is the subject of this action, in the same proportion as is set forth in this Court's Order of August 14, 2006, namely, 50% of the interest to Edward Alfred Thompson, 25% of the interest to Tonii C.T. Dean, and 25% to Mignon F. Thompson.

On this 23 day of August, 2006.

JOSEPH L. TAURO
United States District Court Judge